CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
8/19/2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **ELSIE BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00019 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

It appearing proper, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: August 19, 2026

/s/ JAMES P. JONES
Senior United States District Judge